IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL LASSITER,**<br>    Plaintiff,<br><br>     v.<br><br>**CHILDREN'S HOSPITAL OF PHILADELPHIA,**<br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 14-1037** |

## ORDER

**AND NOW**, this 21st day of September, 2015, upon consideration of the Defendant's Motion for Summary Judgment [ECF No. 29]; the Plaintiff Carl Lassiter's response in opposition thereto [ECF No. 37]; and the Defendant's reply [ECF No. 39], and for the reasons provided in the Court's Opinion of September 21, 2015, **IT IS ORDERED** as follows:

(1) the Motion for Summary Judgment is **GRANTED** as to Plaintiff's Title VII race discrimination claim and as to Plaintiff's ADA discrimination claim;

(2) the Motion for Summary Judgment is **DENIED** as to Plaintiff's Title VII retaliation claim; and

(3) counsel for the parties **SHALL ATTEND** a trial scheduling telephone conference on September 22, 2015, at 3:00 p.m.. Counsel for the Plaintiff shall initiate the call to Chambers (267-299-7450) when all counsel is on the line.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**